DONALD H.MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1800 MARKET Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 354-6331
Fax: (415) 982-4243
dmedearis@baylegal.org

Attorney for Plaintiff,
ADELAIDE FLEISCHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADELAIDE FLEISCHMAN,<br><br>        Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. 3:17-CV- 01502-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRD EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of 7 days to file her Motion for Summary Judgment in response to Defendant's Answer. The current date for filing the Plaintiff's Motion for Summary Judgment (MSJ) is November 15, 2017. The new due date will be November 22, 2017. Plaintiff's attorney came down with a gastrointestinal illness on Friday, November 10. Symptoms have continued through today. If the Court needs evidence of his November 12 doctor office visit, Plaintiff's attorney is happy to provide it. Plaintiff's

STIPULATION TO THIRD EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:17-CV-01502-RS

1

attorney has come into the office every day and made his best effort to finish the MSJ, but has been working less productively than usual and believes he has a duty to his client to take extra time to finish the MSJ. Plaintiff's attorney also wishes to point out that Plaintiff's first extension of time was before Plaintiff's attorney substituted in as attorney, replacing the Plaintiff who had been Pro Se, and the second extension of time was for 14 days only.

Plaintiff's attorney sincerely apologizes to the Court and to the Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 11/15/17

/s/ Donald H. Medearis
DONALD H. MEDEARIS
BAY AREA LEGAL AID
Attorney for Plaintiff

Dated: 11/15/17

BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX Civil Division

By: /s/ Tina L. Naicker
(* as authorized by e-mail on 11/15/17)
TINA L. NAICKER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: 11/20/17

By: _____
THE HONORABLE JUDGE RICHARD SEEBORG
United States District Judge

STIPULATION TO THIRD EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:17-CV-01502-RS